# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2643

_____

CANCER SPECIALISTS, LLC d/b/a
Cancer Specialists of North
Florida, YOUSIF AHMED ALI
ABUBAKR, M.D., UNNI C.
THOMAS, M.D., and WASEET Z.
VANCE, M.D.,

     Appellants,

     v.

SOUTHERN BAPTIST HOSPITAL OF
FLORIDA, INC. d/b/a Baptist
Medical Center Jacksonville and
d/b/a Baptist Medical Center
South, a Florida Non for Profit
Corporation, BAPTIST PHYSICIAN
PARTNERS, LLC, a Florida
Limited Liability Company,
BAPTIST SOUTHEAST
GYNECOLOGICAL ONCOLOGY,
INC. (SEGO), a Florida for Profit
Corporation, and BAPTIST
HEALTH SYSTEMS, INC., a Florida
Not for Profit Corporation,

     Appellees.

_____

On appeal from the Circuit Court for Duval County.
Gary L. Wilkinson, Judge.

October 1, 2019

PER CURIAM.

Appellees' motion to dismiss filed July 26, 2019, is granted, and this appeal is dismissed as premature. The request for stay contained in Appellants' response filed August 8, 2019, is denied.

LEWIS, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard H. Levenstein, Abby M. Spears, Noah B. Tennyson, and John "Jack" K. Rice of Nason, Yeager, Gerson, Harris & Fumero, P.A., Palm Beach Gardens, for Appellants.

Jerome W. Hoffman, Fred J. Lotterhos III, Kevin W. Cox, and Justin W. Dixon of Holland & Knight LLP, Jacksonville, for Appellees.